UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

   Bruce Johnson
**Aka Bruce De-Shawn Johnson,**

                                                                     Case No 18-40920-nhl

                                                                     Chapter 13

                                                                     JUDGE   LORD

                    Debtor

------------------------------------------------------------x

## **LOSS-MITIGATION REQUEST – BY THE DEBTOR**

I am the Debtor in this case.  I am hereby requests to enter into the Loss Mitigation Program with respect to  85 South Portland Avenue, Brooklyn, NY 11217, to Deutsche Bank National Trust Company, As Trustee, for Bosco Credit V Trust Series 2012-1 P,  a secured creditor, loan ending in 4459 for which we are requesting loss mitigation.  **I** understand that if the Court orders loss mitigation in this case, we will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and we will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that we are not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that I am **not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign:  S/Bruce Johnson                                                         Date:  March 25, 2018
Telephone Number:  (718)488-7500
e-mail david.doyaga.sr@gmail.com