| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bruce** First Name | Middle Name | **Johnson** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | 1-18-40920 | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ **1,794,000.00**
   
   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ **4,878.45**
   
   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $ **1,798,878.45**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **2,361,256.59**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............. $ **3,500.00**
   
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... $ **14,303.60**

**Your total liabilities** $ **2,379,060.19**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.............................................. $ **4,270.91**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ **2,257.73**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   
   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | Bruce Johnson | Case number *(if known)* | 1-18-40920 |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ _____ 7,500.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,500.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 3,500.00 |

Official Form 106Sum  **Summary of Your Assets and Liabilities and Certain Statistical Information**  page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bruce Johnson** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 1-18-40920 |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **NATIONSTAR MORTGAGE**<br>Creditor's Name<br>**C/O ROSICKI ROSICKI&ASSOC 51 EAST BETHPAGE RD Plainview, NY 11803**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**85 South Portland Ave Brooklyn, NY 11217 Kings County**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,301.38 | $1,794,000.00 | $0.00 |
| | Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **MORTGAGE** | | | |
| | Date debt was incurred _____ | Last 4 digits of account number _____ | | | |
| **2.2** | **NATIONSTAR MORTGAGE LLC**<br>Creditor's Name<br>**ATTN BANKRUPTCY DEPT PO BOX 619094 Dallas, TX 75261**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**85 South Portland Ave Brooklyn, NY 11217 Kings County**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,160,955.21 | $1,794,000.00 | $567,256.59 |
| | Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **MORTGAGE** | | | |

| Debtor 1 | **Bruce Johnson** | | | Case number (if know) | **1-18-40920** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Date debt was incurred** _____  **Last 4 digits of account number** _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$2,361,256.59** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$2,361,256.59** |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**FRANKLIN CREDIT MANGT
PO BOX 2301
Jersey City, NJ 07303**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number **4459**

☐ Name, Number, Street, City, State & Zip Code
**ROSICIKI ROSICKI&ASSOCIAT
2 SUMMIT COURT
SUITE 301
Fishkill, NY 12524**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**ROSICKI ROSICKI
51 E. BETHPAGE RD
Plainview, NY 11803**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re **Bruce Johnson**                                    Case No.  **1-18-40920**
                              Debtor(s)                    Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

    The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **June 20, 2018**                    **/s/ Bruce Johnson**
                                           **Bruce Johnson**
                                           Signature of Debtor

Date: **June 20, 2018**                    **/s/ David J. Doyaga**
                                           Signature of Attorney
                                           **David J. Doyaga dd7297**
                                           **David J. Doyaga, Sr.**
                                           **26 Court Street, Suite 1601**
                                           **Brooklyn, NY 11242**
                                           **718 488 7500   Fax: 718 488 7505**

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON, DE 19899


CAP1/L&T
PO BOX 30253
SALT LAKE CITY, UT 84130


CAPITALONE
15000 CAPITAL ONE DR
RICHMOND, VA 23238


CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850


DAVID J. DOYAGA SR
ATTORNEYS AT LAW
26 COURT STREET
SUITE 1601
Brooklyn, NY 11242


DISCOVER
PO BOX 3025
New Albany, OH 43054


FRANKLIN CREDIT MANGT
PO BOX 2301
Jersey City, NJ 07303


NATIONSTAR MORTGAGE
C/O ROSICKI ROSICKI&ASSOC
51 EAST BETHPAGE RD
Plainview, NY 11803


NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPT
PO BOX 619094
Dallas, TX 75261


NYC WATER BOARD
59-17 JUNCTION BLVD 13FL.
Elmhurst, NY 11373

```
ROSICIKI ROSICKI&ASSOCIAT
2 SUMMIT COURT
SUITE 301
Fishkill, NY 12524

ROSICKI ROSICKI
51 E. BETHPAGE RD
Plainview, NY 11803
```

# United States Bankruptcy Court
## Eastern District of New York

In re **Bruce Johnson**  
Debtor(s)

Case No. **1-18-40920**  
Chapter **13**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **0** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 20, 2018**

Signature **/s/ Bruce Johnson**  
**Bruce Johnson**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.