UNITED STATES BANKRUPTCY COURT`
EASTERN DISTRICT OF NEW YORK

---

In re:

BRUCE JOHNSON
*aka* BRUCE DE-SHAWN JOHNSON,

               Debtor.

Case No.: 18-40920-nhl

Chapter 13

---

## ORDER DENYING DEBTOR'S REQUEST FOR LOSS MITIGATION

      The Debtor having filed a request to enter into the Loss Mitigation Program on March 25, 2018 (as later amended on March 27, 2018) with respect to the Debtor's property located at 85 South Portland Avenue, Brooklyn, NY 11207 (the "Premises"), and Franklin Credit Management Corporation, as servicer for Deutsche Bank National Trust Company, as Trustee, for Bosco Credit V Trust Series 2012-1 ("Deutsche Bank") having filed a timely objection (the "Objection") thereto on April 10, 2018, and all necessary parties being served, and the Court having held a Hearing on the Objection on May 2, 2018 at which the Debtor, Debtor's counsel, and counsel for Deutsche Bank appeared, and the Court having considered the evidence presented and the arguments of the parties, and having found that the Premises are not the Debtor's principal residence, and for the other reasons stated on the record at the Hearing, it is hereby

      **ORDERED**, that the Objection is sustained; and it is further

      **ORDERED**, that the Debtor's request to enter into the Loss Mitigation Program is denied.



**Dated: June 21, 2018**
    **Brooklyn, New York**

_____
      **Nancy Hershey Lord**
  **United States Bankruptcy Judge**