EXHIBIT D

ORDERED, that notwithstanding the applicability of any Bankruptcy Rule including Rule 4001(a)(3), this Order shall be effective immediately upon entry.