# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

In re:

BRUCE JOHNSON a/k/a BRUCE DE-SHAWN JOHNSON

                        Debtor.

Chapter 11
Case No. 18-40920-nhl

Assigned to:
Hon. Nancy Hershey Lord
Bankruptcy Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                            ) SS:
COUNTY OF NASSAU )

    I, Bridget Salizan, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

    On December 14, 2018, I caused the within *Notice of Motion for an Order Granting Relief from Automatic Stay Imposed by Bankruptcy Code §362(a)* to be served by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the persons set forth below at the last known address set forth after each name:

TO:
<u>Debtor:</u>
Bruce Johnson
66 West 38th Street Apt 12L
New York, NY 10018

<u>Debtor's Counel</u>
David J. Doyaga, Sr.
26 Court Street, Suite 1601
Brooklyn, NY 11242

1

<u>Office of the United States Trustee</u>
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

<u>Entities Having Filed a Notice of Appearance:</u>
Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Shairo, DiCaro & Barak, LLC
Attorneys for Nationstar Mortgage LLC as Servicer for U.S. Bank
One Huntington Quadrangle, Suite 3N05
Melville, New York 11747
Attention: Alexandros E. Tsionis, Esq.

Cleo Green-Sharaf, Esq.
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Hamilton Equity Group, LLC/assignee of HSBC Bank, USA
Attention: Matthew J. Szczepanski
P.O. Box 280
Buffalo, New York 14201-0280

<u>All Creditors Listed on the Bankruptcy Petition</u>

Please see attached list.

_____
Bridget Salizan

SWORN TO BEFORE ME THIS

14th DAY OF December 2018

_Carly Bazerman_

CARLY BAZERMAN
Notary Public State of New York
NO. 01BA6328881
Qualified in Kings County
Commission Expires August 10, 2019

2

CapitalOne
15000 Captial One Drive
Richmond, VA 23238-1119

Franklin Credit Management
PO Box 2301
Jersey City, NJ 07303-2301

Nationstar Mortgage
c/o Rosicki Rosicki & Associates
51 East Bethpage Road
Plainview, NY 11803-4224

Rosicki Rosicki
51 E. Bethpage Road
Plainview, NY 11803-4224

David J. Doyaga, Attorney at Law
26 Court Street
Sutie 1601
Brooklyn, NY 11242-1116

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Chase Card
PO Box 15297
Wilmington, DE 19850-5298

Deutsche Bank National Trust Company, As
Trust for Bosco Credit V Trust Series 2012-1
c/o Franklin Credit Management Corp.
PO Box 2301
Jersey City, NJ 07303-2301

NYC Water Board
59-17 Junction Blvd 13 Fl.
Elmhurst, NY 11373-5188


Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067


U.S. Bank National Association as Indenture
Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

U.S. Bank National Association
14841 Dallas Parkway, Ste 425
Dallas, TX 75254-8067

CAP1/L&T
PO Box 30253
Salt Lake City, UT 84130-0253

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Rosicki Rosicki & Associates
2 Summit Court
Suite 301
Fishkill, NY 12524-4318

Portfolio Recovery Associates, LLC
c/o Barclaycard
PO Box 41607
Norfolk, VA 23541