UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Bruce Johnson *aka* Bruce De-Shawn Johnson,

          Debtor.

-------------------------------------------------------X

Chapter 11

Case No. 18-40920-nhl

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of Franklin Credit Management Corporation, as servicer for Deutsche Bank National Trust Company, As Trustee, for Bosco Credit V Trust Series 2012-1 (the "Movant") dated December 12, 2018, for an order pursuant to 11 U.S.C. § 362(d), lifting and vacating the automatic stay with respect to property known as 85 South Portland Ave, Brooklyn, NY 11207 (the "Property"); and due notice having been provided; and no opposition having been filed; and upon the record of the hearing held on January 3, 2019, at which appeared counsel for Debtor and counsel for Movant (the "Hearing"); and upon the Notice of Settlement of Proposed Order filed by Movant on January 7, 2019, and no opposition thereto having been filed; and upon the record of the Hearing, which is incorporated herein by reference; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted to the extent herein; and it is further

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is hereby lifted and vacated to permit Movant to pursue its rights under applicable law with respect to the Property.



Dated: February 8, 2019
      Brooklyn, New York

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**